UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Civil Action No. 13-4108 |
| | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| $776,670.00 PREVIOUSLY | ) | |
| CONTAINED IN BANK OF AMERICAN | ) | |
| ACCOUNT NUMBER XXXXXXXX3507 | ) | |
| HELD IN THE NAME OF SHIN'S | ) | |
| TRADING, DBA CALA PRODUCTS | ) | |
| | ) | |
| Defendant *In Rem* | ) | |
| _____ | ) | |

## VERIFIED CLAIM TO SEIZED PROPERTY

COMES NOW, Claimants Jung Min Shin and Heebok Shin, on behalf of

Shin's Trading Company, Inc. ("Claimants"), by and through counsel and pursuant

to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset

Forfeiture Claims, files this verified claim and states the following:

1.      Shin's Trading Company, Inc. ("Shin's Trading") is a wholesaler of

beauty products located in Los Angeles, California. It is organized as a corporation

under the laws of the state of California.

2.      Jung Min Shin and Heebok Shin are the sole owners of Shin's

Trading.

3.      The business operating account for Shin's Trading is maintained at

Bank of America under the account number XXXXXXXX3507.  This account is used

for, and is critical to, conduct the day-to-day operations of Shin's Trading. Jung Min Shin and Heebok Shin are the signatories on this account.

4.      As sole owners of Shin's Trading and signatories on the business bank account, Claimants are the owners of currency identified and seized under warrant Magistrate No. 13-4080 and described as $766,670.00 in United States currency.

5.      Claimants assert the right to defend this action.

6.      I attest and declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd th day of August, 2013 at Los Angeles, California.


Shin's Trading Company, Inc.

By: _____
    Its President
Jung Min Shin, Individually
And as co-owner of Shin's Trading


By: _____
    Its Vice-President
Heebok Shin, Individually
And as co-owner of Shin's Trading

# ACKNOWLEDGMENT

State of California
County of ___Los Angeles___ )

On ___08/02/2013___ before me, ___Claudia E. Velasquez, Notary Public___
(insert name and title of the officer)

personally appeared ___Jung Min & Hee Bok Shin___ _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

CLAUDIA E. VELASQUEZ
COMM. # 1862571
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES AUG. 30, 2013

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 9, 2013 the foregoing document was filed using the Court's CM/EFC system, which will automatically send an email notification to all attorneys of record.

The undersigned counsel further stipulates that he has this day served a copy of this document via United States mail, postage prepaid to

Evan S. Weitz, Esq.
Assistant United States Attorney
United States Attorney's Office for the District of New Jersey
970 Broad St. Suite 700
Newark, N.J. 07102

_____/s/_____
Steven Brill, Esq.
Sullivan Brill, LLP
115 Broadway    17th Floor
New York,  NY  10006
Telephone: 212-566-1000
Facsimile: 212-566-1068
Email: steven.brill@sullivanbrill.com